# UNITED STATES DISTRICT COURT
## District of Minnesota

In Re: Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation

This Document Relates to Case Number: 02-2931, the "Shareholder Derivative Action"

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-2677 DSD/FLN MDL No. 1511

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' motions to dismiss are granted. 2. The action is dismissed with prejudice. 3. A copy of this order shall be docketed in 03-md-1511.

| July 12, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Heather Labat |
| (By) | Heather Labat, Deputy Clerk |

Modified:03/10/03